T. KEVIN ROOSEVELT, Cal. Bar No. 205485
  *kroosevelt@ftrlfirm.com*
JARED M. TOFFER, Cal. Bar No. 223139
  *jtoffer@ftrlfirm.com*
KAYLA Y. WALES, Cal. Bar No. 340725
  *kwales@ftrlfirm.com*
**FINLAYSON TOFFER**
**ROOSEVELT & LILLY LLP**
15615 Alton Parkway, Suite 270
Irvine, California 92618
Telephone:   949-759-3810
Facsimile:   949-759-3812

Attorneys for Plaintiff
OCEANSIDE HEALTH PRODUCTS LLC

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| OCEANSIDE HEALTH PRODUCTS LLC, a California limited liability company,<br><br>                Plaintiff,<br><br>v.<br><br>INSTOCK GOODIES INC., a New York corporation; and DOES 1-10, inclusive,<br><br>                Defendants. | Case No.  8:23-cv-266-CJC-DFM<br><br>**DECLARATION OF AMY BELANGER IN SUPPORT OF OCEANSIDE HEALTH PRODUCTS, LLC'S OPPOSITION TO DEFENDANT INSTOCK GOODIES, INC.'S MOTION TO DISMISS COMPLAINT FOR LACK OF JURISDICTION**<br><br>Complaint Filed:  March 6, 2023 |

I, Amy Belanger, declare as follows:

1.       I am the Director of Brand Management for Plaintiff Oceanside Health Products, LLC ("Oceanside").  This Declaration is submitted in support of Oceanside's Opposition to the Motion to Dismiss the Complaint filed by Defendant InStock Goodies, Inc. ("Defendant").  The facts set forth herein are true and correct of my own personal knowledge and, if called as a witness, I could and would competently testify thereto under oath.

2.       In my capacity as Director of Brand Management for Oceanside, I am personally familiar with the activities of Oceanside.  Oceanside is based in California, with it's principal place of business in Orange, California.

3.       As a California-based e-commerce brand management company, Oceanside contracts with Detoxify, LLC ("Detoxify") to, among other things, distribute Detoxify's healthy detoxification products (the "Detoxify Products").  The Detoxify Products are associated with the Detoxify brand and registered trademarks with the United States Patent and Trademark Office, including but not limited to Registration #1898539 (the "Detoxify Trademarks").

4.       Oceanside entered into an exclusive distribution agreement with Detoxify to ensure that products sold on the Amazon.com United States platform (the "Amazon Platform") are sold solely through authorized distribution channels. In addition, Oceanside has entered into a Limited Power of Attorney to Enforce Product Distribution and Trademarks of Detoxify, LLC, whereby Detoxify authorized Oceanside to, among other things, initiate legal action on Detoxify's behalf against any sellers who wrongfully divert Detoxify's products and/or infringe Detoxify's intellectual property rights covered by the exclusive distribution agreement between Oceanside and Detoxify.  A true and correct copy of the Limited Power of Attorney to Enforce Product Distribution and Trademarks of Detoxify, LLC is attached hereto as **Exhibit A**.

---

DECLARATION OF AMY BELANGER

5.      In the course of monitoring unauthorized online sales of Detoxify Products from California, Oceanside discovered Detoxify Products bearing the Detoxify Trademarks being illegally sold through Defendant's online storefront, "InStock Goodies," on the Amazon Platform.

6.      Defendant has not been approved to sell the Detoxify Products on the Amazon Platform, and the products advertised and sold on the Amazon Platform by Defendant are not authorized for by Oceanside or Detoxify.

7.      Defendant's intentional conduct of listing, advertising and selling Detoxify Products bearing the Detoxify Trademarks on the Amazon Platform has been designed to disrupt Oceanside's contract with Detoxify, and has caused a disruption in Oceanside's contractual relationship with Detoxify.

8.      Oceanside provided express notice to Defendant of the exclusive distribution agreement it had with Detoxify.  Oceanside caused a Cease and Desist Letter to be sent from California to Defendant on October 28, 2022.  The October 28, 2022, Cease and Desist Letter explicitly provided notice to Defendant of Oceanside's exclusive agreement to sell and distribute the Detoxify Products on the Amazon Platform.

9.      Defendant was listing, advertising and selling products on the Amazon Platform bearing the Detoxify Trademarks, including advertising listings for (i) Detoxify – Mega Clean NT Herbal Cleanse – Tropical – 32 oz – Professionally Formulated Herbal Detox Drink – Enhanced with MetaBoost Eliminating Need for PreCleanse – Plus Sticker; (ii) Detoxify – Xxtra Clean Herbal – Tropical Fruit Flavor – 20 oz – Professionally Formulated Extra Strength Herbal Detox Drink – Enhanced with Ginseng Extract & Milk Thistle Extract – Plus Sticker; and (iii) Detoxify Mega Clean Herbal Cleanse – Tropical Flavor – 32 oz – Professionally Formulated Herbal Detox Drink – Enhanced with Milk Thistle Extract, Ginseng Root Extract & Guarana Seed Extract – Plus Sticker.

10.     Oceanside has performed test buys of these listings.  Oceanside has placed orders directly through Defendant's online storefront on the Amazon Platform from its office in California.  When doing so, Oceanside identified its California office as both the shipping and billing address for the orders.  As a result of Defendant processing the orders, Oceanside received products delivered to Oceanside's California office and fulfilled by Amazon.

11.     Fulfillment by Amazon is an Amazon-based inventory and fulfillment service that ships the seller's inventory to the shipping addresses included in valid customer orders, or submitted as part of a Fulfillment Request.  Amazon's seller terms of service provide:  "To deliver your products as quickly as possible to buyers, [Amazon] distribute[s] your inventory across our network of fulfillment centers based on your shipment volume and customer demand … your shipment may be divided into multiple shipments, each directed to a different receive center or fulfillment center."  A true and correct copy of the relevant portion of Amazon's terms of service is attached hereto as **Exhibit B**.  Sellers that establish an online store through Amazon and utilize Fulfillment by Amazon do not have the ability to turn on or turn off sales to certain states under Amazon's Fulfillment by Amazon terms and conditions.  This means that sellers that utilize Amazon's fulfillment services, including Defendant, elect to have inventory stored, shipped, and otherwise fulfilled from Amazon Fulfillment Centers located in California when they process orders from anywhere in California.

12.     Among the test buy orders placed by Oceanside from California, Defendant accepted, processed and caused Amazon to fulfill the orders placed directly through Defendant's online storefront on the following dates:  November 9, 2022, January 24, 2023, and February 27, 2023.

13.     On November 9, 2022, Oceanside caused "Amazon order number: 112-3285111-3965028" to be placed directly through Defendant's online storefront and identified as Amazon seller "InStock Goodies."  Both the shipping address and

billing address identified for the order are listed as 2326 N. Batavia St. Ste 120, Orange, California 92865-2020.  A true and correct copy of the November 9, 2023 Order Details is attached hereto as **Exhibit C**.

14.	Thereafter, on November 14, 2022, " Amazon order number: 112-3285111-3965028" sold by Defendant was delivered to 2326 N. Batavia St. Ste 120, Orange, California 92865-2020.  A true and correct copy of the November 9, 2022 Order Details, Delivery Confirmation is attached hereto as **Exhibit D**.

15.	Again, on January 24, 2023, Oceanside caused "Amazon order number: 112-8213673-5965856" to be placed directly through Defendant's online storefront and identified as Amazon seller "InStock Goodies."  Both the shipping address and billing address identified for the order are listed as 2326 N. Batavia St. Ste 120, Orange, California 92865-2020.  A true and correct copy of the January 24, 2023 Order Details is attached hereto as **Exhibit E**.

16.	The next day, on January 25, 2023, "Amazon order number: 112-8213673-5965856" sold by Defendant was delivered to 2326 N. Batavia St. Ste 120, Orange, California 92865-2020.  A true and correct copy of the January 24, 2023 Order Details, Delivery Confirmation is attached hereto as **Exhibit F**.

17.	On February 27, 2023, Oceanside caused "Amazon order number: 112-1834780-5371457" to be placed directly through Defendant's online storefront and identified as Amazon seller "InStock Goodies."  Both the shipping address and billing address identified for the order are listed as 2326 N. Batavia St. Ste 120, Orange, California 92865-2020.  A true and correct copy of the February 27, 2023 Order Details is attached hereto as **Exhibit G**.

18.	The next day, on February 28, 2023, "Amazon order number: 112-1834780-5371457" sold by Defendant was delivered to 2326 N. Batavia St. Ste 120, Orange, California 92865-2020.  A true and correct copy of the February 27, 2023 Order Details, Delivery Confirmation is attached hereto as **Exhibit H**.

DECLARATION OF AMY BELANGER

19.     As a California-based e-commerce company, Oceanside not only discovered the illegal sale of Detoxify Products being sold through Defendant's online storefront while monitoring unauthorized online sales of Detoxify Products from its California office, but also received delivery of all of the test buys orders placed through Defendant's online storefront on the Amazon Platform at its California office.

20.     Defendant's website in connection with its online storefront and seller profile on the Amazon Platform, "InStock Goodies," targets California in that seeks to comply with California's privacy laws.  A true and correct copy of Defendant's Privacy Policy is attached hereto as **Exhibit I**.

I declare under penalty and perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 17, 2023, at Orange, California.

_____
Amy Belanger

DECLARATION OF AMY BELANGER

# EXHIBIT A

## LIMITED POWER OF ATTORNEY TO ENFORCE PRODUCT DISTRIBUTION AGREEMENT AND TRADEMARKS OF DETOXIFY, LLC

This Limited Power of Attorney (the "**POA**") is effective as of June 4, 2020.  The parties are **Detoxify, LLC**, hereinafter "Owner" and **Oceanside Health Products LLC**, hereinafter "Distributor."  Owner and Distributor may herein be referred to collectively as the "Parties" or individually as a "Party".


Owner and Distributor previously entered into a Product Distribution Agreement, effective as of June 4, 2020 (the "**Product Distribution Agreement**"), which granted Distributor an exclusive right to sell Owner's product on Amazon pursuant to the terms of the Product Distribution Agreement.

Owner and Distributor have continued to encounter resellers on Amazon who: (1) are selling Owner's product in violation of the exclusive rights granted under the Product Distribution Agreement and/or, (2) are infringing on Owner's trademarks.

Owner and Distributor desire to enter into the POA to enable Distributor to better enforce its exclusive rights under the Product Distribution Agreement and to enforce Owner's trademarks (on Owner's behalf) in instances where resellers are infringing on those trademarks.

Therefore, in consideration of the mutual covenants and promises contained herein, the Parties hereto agree as follows:

Owner hereby designates and appoints Distributor and its duly authorized officers and agents as a limited attorney-in-fact who shall have full power and authority to undertake and perform the following acts on Owner's behalf:

(i.)     to send cease and desist letters on Owner's behalf to any sellers who sell Owner's products in violation of the Product Distribution Agreement and/or infringe Owner's intellectual property rights covered in the Product Distribution Agreement;

(ii.)     to initiate legal action on Owner's behalf against any sellers who wrongfully divert Owner's products and/or infringe Owner's intellectual property rights covered in the Product Distribution Agreement; and

(iii.)     to enforce contractual agreements between Owner and its wholesalers and distributors with respect to Owner's products covered by the Product Distribution Agreement.

This POA is strictly limited to enforcing the terms of the provisions herein, and by entering into this POA, Owner is not entering into or creating an attorney-client relationship with Distributor's attorneys.  This POA shall be effective as of June 24, 2020, the effective date of the Product Distribution Agreement, and shall continue in

full force and effect during the duration of the Product Distribution Agreement. Owner may at any time or by any manner revoke this POA by giving five (5) business days written notice via electronic mail to Paul Baeyens or certified mail to OCS at 2326 N. Batavia St. #120, Orange, CA 92865.

Pursuant to this POA, Distributor will recommend to Owner legal actions that could be taken when evidence of product diversion and/or trademark infringement becomes known to Distributor.  Owner and Distributor will then work together to determine what legal actions, if any, to take, and whose counsel will take those actions.  In the event Owner and Distributor cannot agree on what legal actions to take, Owner or Distributor may take legal action on their own behalf pursuant to the Production Distribution Agreement and/or this POA.  Owner and Distributor understand and agree that, unless they mutually agree, Owner and Distributor shall be individually responsible for the payment of any costs and legal fees incurred for actions taken on their behalf and at their individual direction.

OWNER

Keyvan Taheri
CEO of Detoxify, LLC

DISTRIBUTOR

Paul Baeyens
CEO of Oceanside Health Products, LLC

# EXHIBIT B

Pure Essence Health | United States    *Search*

EN    Help

Feedback                                                                    Edit

Search help articles                                                        🔍

All articles    Recently viewed

2023 US FBA fulfillment fee changes

▶ FBA fees

▶ FBA Subscribe & Save

FBA Inventory Placement Service

How Amazon receives and stores your inventory

▶ FBA customer service

▶ FBA Global Selling

▶ FBA repackaging and refurbishment services

▶ FBA Small and Light

Extra-large FBA inventory

FBA inventory storage overage fees

▶ Remote Fulfillment with FBA

## Need more help?

Visit Seller Forums

Get Support

Seller Central Help  ›  Get started with Fulfillment by Amazon (FBA)  ›
FBA features, services, and fees  ›  FBA Inventory Placement Service

# FBA Inventory Placement Service

FEEDBACK

On this page
Inventory placement settings
Inventory placement exceptions
Inventory Placement Service fees

By default, when you create a shipping plan, your shipment may be divided into multiple shipments, each directed to a different receive center or fulfillment center (referred to as distributed inventory placement). The fulfillment centers are selected based on the products you're shipping and where you are shipping from. By having your inventory spread across multiple fulfillment centers across the country, customers who buy your product may receive it faster than they would if your inventory was located farther away.

To better spread your products, Amazon may route your shipment through a receive center, which receives units and then reships them to other fulfillment centers in our network. Your products are available for sale as soon as we successfully receive them at any of our receive centers or fulfillment centers. Units that are being reshipped to other fulfillment centers are available for customers to buy, but customers may be shown a future ship date if no other units are available for immediate fulfillment.

You can sign up for the Inventory Placement Service and send all of your eligible inventory to a single receive center or fulfillment center (see the **Inventory placement exceptions** section below). When the shipment arrives, it is split up and sent to different fulfillment centers for you. A per-item service fee applies.

When you use the Inventory Placement Service, the destination receive center or fulfillment center is determined by Amazon. You cannot choose the receive center or fulfillment center to which you send your shipment. The destination chosen by Amazon may vary from shipment to shipment.

# Inventory placement settings

To change your inventory placement settings:

1. Under **Settings**, select Fulfillment by Amazon.
2. Under **Inbound Settings**, click **Edit**.
3. Under **Inventory Placement Option**, select **Inventory Placement Service**.
4. Click **Update**.

FEEDBACK

**Tip:** Any in-progress shipments are not affected when you change your inventory placement option. The new setting applies only to shipments created after you update your settings. In order to apply this change to your current shipping plan, delete the shipping plan and then re-create it after you change your settings. To quickly re-create your shipping plan, in the **Shipping Queue**, select **Deleted/canceled**, and then click the shipping plan that you want. On the **Send/Replenish Inventory** page, at the bottom left, click **Duplicate**.

# Inventory placement exceptions

If you sign up for the Inventory Placement Service, most of your standard-size items will be directed to a single receive center or fulfillment center. However, items in the following categories may be directed to a different receive center or fulfillment center even if you use the Inventory Placement Service:

- Apparel
- Jewelry
- Shoes
- Media
- Inventory tracked with a manufacturer barcode
- Oversize items
- Amazon prep required
- Amazon labeling required
- Hazardous materials

**Tip:** When you add products to a shipment one at a time from your inventory list, the destination fulfillment center is re-evaluated every time. For best results, choose all of the items that you want to include in a shipment at the same time from the **Manage Inventory** page, and then select **Send/replenish inventory** from the **Actions on** menu.

# Inventory Placement Service fees

| Standard size (per item) | |
|---|---|
| 1 lb or less | $0.30 |
| 1-2 lb | $0.40 |

FEEDBACK

| Standard size (per item) | |
|---|---|
| Over 2 lb | $0.40 + $0.10/lb above the first 2 lb |
| Oversize (per item) | |
| 5 lb or less | $1.30 |
| Over 5 lb | $1.30 + $0.20/lb above the first 5 lb |

**Note:** The weight used to calculate the per-item fee is the dimensional weight or unit weight (whichever is greater) for large standard-size non-media items weighing more than 1 lb and for all small, medium, and large oversize units. The unit weight is the weight of an individual item. The dimensional weight is the volume (based on length x width x height in inches) divided by 139. Amazon may verify the weight and dimensions of a product using representative samples. Amazon's information about a product's weight and dimensions will be used to calculate fees if there is a difference between Amazon's information and a seller's information. Amazon may change its information about a product's weight and dimensions from time to time to reflect updated measurements. Fees based on the weight and dimensions of a product are calculated using Amazon's information about the weight and dimensions of that product at the time the fee is calculated.

Your participation in this service is subject to the FBA Inventory Placement Service Terms and Conditions.

Was this article helpful?    Yes    No

---

Help    Program Policies    [English ▼]                    Download the Amazon Seller mobile app

© 1999-2023, Amazon.com, Inc. or its affiliates

FEEDBACK

| **Pure Essence Health** | United States | | *Search* |

EN     Help

Feedback                                                                    [ Edit ]

| Search help articles                                                    🔍 |

All articles    Recently viewed

| Requesting a prep investigation |

| Troubleshoot receiving issues |

| Deleted, misrouted, and incomplete shipments |

| FBA Address Tips |

| ▸  Inbound problem summary |

| Resolving inbound performance alerts |

| Send to Amazon: Box content information Excel file common errors |

| Serial number tracking for FBA shipments to buyers |

| ▸ FBA policies and requirements |

| ▸ FBA features, services, and fees |

| ▸ FBA inventory |

| ▸ Multi-Channel Fulfillment: Fulfill orders for your sales channels |

## Need more help?

Visit Seller Forums

Get Support

Seller Central Help  ❯  Get started with Fulfillment by Amazon (FBA)  ❯
Ship products to Amazon  ❯  FBA troubleshooting and FAQ  ❯
Deleted, misrouted, and incomplete shipments

[ FEEDBACK ]

# Deleted, misrouted, and incomplete shipments

To deliver your products as quickly as possible to buyers, we distribute your inventory across our network of fulfillment centers based on your shipment volume and customer demand. As a result, when you create a shipping plan, your shipment may be divided into multiple shipments, each directed to a different receive center or fulfillment center (a process called distributed inventory placement).

Once you approve a shipping plan on your Review shipments page, we begin preparing for the arrival of your inventory, and we rely on your approved plan to coordinate our operations.

The following actions lead to additional processing, handling, and rerouting, which can delay the receipt of your inventory and its availability for sale:

- Deleting shipping plans after you've approved them
- Misrouting shipments
- Sending incomplete shipments, such as shipments that are in canceled or deleted status

To avoid these risks, adhere to the shipment policies below.

## FBA shipment policy

Once you approve a shipping plan, you are required to ship your products to Amazon as stated in that plan, including sending the stated quantity of each product in that plan to the assigned Amazon facility.

You may not delete some of the shipments in a multi-destination shipping plan after you approve that plan. If you delete portions of a shipping plan, or if we don't receive all of the shipments in your approved multi-destination plan within 30 days after the first shipment in that plan arrives at our facilities, we will notify you that your shipments aren't compliant with this policy. (The exception is if one or more of your shipments is delayed solely because of the action or omission of an Amazon partnered carrier).

FEEDBACK

Make sure that you and your carrier are aware of the requirements for shipping to Amazon, including the need to schedule delivery appointments. To learn more, go to Carrier requirements for LTL and FTL deliveries.

If you want to change a shipping plan after you approve it, you must delete all of the shipments in that plan before you begin shipping any portion of it.

> **Note:** We understand that small changes in shipment quantity can happen due to normal business fluctuations. You can edit the number of units in a shipment by up to 5% above or below the original amount, up to six units. You will not be able to remove the units from your plan once you have approved it.

> **Tip:** You can choose to sign up for the FBA Inventory Placement Service and send all of your eligible inventory to a single receive center or fulfillment center, to be determined by Amazon. A per-unit fee applies.

If you continue to send shipments that aren't compliant with this policy after we send an initial notice, we may suspend your ability to send additional shipments to us until you acknowledge this policy and provide us with an acceptable plan of action to ensure that your future shipments to us will be compliant with this policy.

> **Note:** Effective April 1, 2022, if you continue to send canceled or deleted shipments to Amazon fulfillment centers, your shipments may be rejected and we may suspend your ability to send us additional shipments.

## Amazon Marketplace Web Service (MWS)

The Amazon Marketplace Web Service API may group items that you want to send to Amazon's fulfillment network into multiple shipments based on specific criteria. For example, products that you prep yourself must be sent in a separate shipment from products that are prepped using the FBA Prep Service.

When you use CreateInboundShipmentPlan, you provide Amazon with key information that we use to create shipping plans for your items. Multiple shipping plans might be required to increase the availability of items across Amazon's fulfillment network. We recommend that you create listings for all of the items that you want to include in a shipment plan before using CreateInboundShipmentPlan.

FEEDBACK

Shipments that comply with FBA policy can be received at fulfillment centers more quickly, and your inventory can be made available for sale sooner. When multiple shipping plans are created, you must approve all shipments in the plan, then ship inventory according to each shipping plan. You cannot ignore, delete, or abandon units in any shipping plan.

If you delete parts of a shipping plan, or if we don't receive every shipment in your multi-destination plan within 30 days after the first shipment arrives at Amazon, you will be notified by email. (The exception is if one or more of your shipments is delayed solely because of an action or omission by an Amazon partnered carrier.)

To make changes to the shipments, you must delete each shipment in the plan before you begin shipping any part of it.

> **Note:** We realize that small changes in shipment quantity can occur. You can edit the number of units within a shipment by up to 5% above or below the original amount, up to 10 units. You cannot remove units from your plan once you have approved it.

If you continue to send noncompliant shipments after your first email notification, we may suspend your ability to send more shipments until you take the following steps:

1. Acknowledge FBA policy in an email to us
2. Provide an acceptable plan of action to ensure that future shipments comply with Amazon policy

> **Note:** Effective April 1, 2022, if you continue to send canceled or deleted shipments to Amazon fulfillment centers, your shipments may be rejected and we may suspend your ability to send us additional shipments.

Was this article helpful?   Yes   No

FEEDBACK

Help    |    Program Policies    |    English ⌄    |    Download the Amazon Seller mobile app

© 1999–2023, Amazon.com, Inc. or its affiliates

FEEDBACK

# EXHIBIT C

**amazon**.com

## Final Details for Order #112-3285111-3965028
[Print this page for your records.](#)

**Order Placed:** November 9, 2022
**Amazon.com order number:** 112-3285111-3965028
**Order Total:** $52.78

### Shipped on November 13, 2022

| Items Ordered | Price |
|---|---|
| 1 of: *Detoxify – Xxtra Clean Herbal – Tropical Fruit Flavor - 20 oz – Professionally Formulated Extra Strength Herbal Detox Drink – Enhanced with Ginseng Extract & Milk Thistle Extract - Plus Sticker*<br>Sold by: InStock Goodies (seller profile)<br><br>Condition: New | $17.99 |
| 1 of: *Detoxify – Mega Clean NT Herbal Cleanse – Tropical – 32 oz – Professionally Formulated Herbal Detox Drink – Enhanced with MetaBoost Eliminating Need for PreCleanse – Plus Sticker*<br>Sold by: InStock Goodies (seller profile)<br><br>Condition: New | $31.00 |

**Shipping Address:**
Luis Molina I
2326 N BATAVIA ST STE 120
ORANGE, CA 92865-2020
United States

**Shipping Speed:**
Amazon Day Delivery

### Payment information

**Payment Method:**
Visa | Last digits: 1946

**Billing address**
Luis Molina I
2326 N BATAVIA ST STE 120
ORANGE, CA 92865-2020
United States

| | |
|---|---|
| Item(s) Subtotal: | $48.99 |
| Shipping & Handling: | $0.00 |
| | ----- |
| Total before tax: | $48.99 |
| Estimated tax to be collected: | $3.79 |
| | ----- |
| **Grand Total:** | **$52.78** |

**Credit Card transactions**                    Visa ending in 1946: November 13, 2022: $52.78

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2023, Amazon.com, Inc. or its affiliates

# EXHIBIT D

Your Account › Your Orders › Order Details

# Order Details

Ordered on November 9, 2022 | Order# 112-3285111-3965028

View or Print invoice

**Shipping Address**
Luis Molina I
2326 N BATAVIA ST STE 120
ORANGE, CA 92865-2020
United States

**Payment Method**
VISA **** 1946

**Order Summary**
| | |
|---|---|
| Item(s) Subtotal: | $48.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $48.99 |
| Estimated tax to be collected: | $3.79 |
| **Grand Total:** | **$52.78** |

ˇ Transactions

**Delivered Nov 14, 2022**
Your package was delivered. It was handed directly to a resident.



Detoxify – Xxtra Clean Herbal – Tropical Fruit Flavor – 20 oz – Professionally Formulated Extra Strength Herbal Detox Drink – Enhanced with Ginseng Extract & Milk Thistle Extract - Plus Sticker
Sold by: InStock Goodies
Return window closed on Jan 31, 2023
$17.99
Condition: New

 Buy it again

Write a product review

Archive order



Detoxify – Mega Clean NT Herbal Cleanse – Tropical – 32 oz – Professionally Formulated Herbal Detox Drink – Enhanced with MetaBoost Eliminating Need for PreCleanse – Plus Sticker
Sold by: InStock Goodies
Return window closed on Jan 31, 2023
$31.00
Condition: New

 Buy it again

# EXHIBIT E

**amazon**.com

## Details for Order #112-8213673-5965856
Print this page for your records.

**Order Placed:** January 24, 2023
**Amazon.com order number:** 112-8213673-5965856
**Order Total:** $40.30

### Not Yet Shipped

| Items Ordered | Price |
|---|---|
| 1 of: *Detoxify Mega Clean Herbal Cleanse – Tropical Flavor – 32 oz – Detox Drink – Enhanced with Milk Thistle , Ginseng Root & Guarana Seed Extract - Plus Sticker* <br> Sold by: InStock Goodies (seller profile) <br><br> Condition: New | $37.40 |

**Shipping Address:**
Luis Molina I
2326 N BATAVIA ST STE 120
ORANGE, CA 92865-2020
United States

**Shipping Speed:**
FREE Prime Delivery

### Payment information

**Payment Method:**
Visa | Last digits: 1946

**Billing address**
Luis Molina I
2326 N BATAVIA ST STE 120
ORANGE, CA 92865-2020
United States

| | |
|---|---|
| Item(s) Subtotal: | $37.40 |
| Shipping & Handling: | $0.00 |
| | ----- |
| Total before tax: | $37.40 |
| Estimated tax to be collected: | $2.90 |
| | ----- |
| **Grand Total:** | **$40.30** |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2023, Amazon.com, Inc. or its affiliates

# EXHIBIT F

Your Account › Your Orders › Order Details

# Order Details

Ordered on January 24, 2023   |   Order# 112-8213673-5965856

[View or Print invoice]

| Shipping Address | Payment Method | Order Summary | |
|---|---|---|---|
| Luis Molina I | **VISA** **** 1946 | Item(s) Subtotal: | $37.40 |
| 2326 N BATAVIA ST STE 120 | | Shipping & Handling: | $0.00 |
| ORANGE, CA 92865-2020 | | Total before tax: | $37.40 |
| United States | | Estimated tax to be collected: | $2.90 |
| | | **Grand Total:** | **$40.30** |

⌄ Transactions

**Delivered Jan 25, 2023**
Your package was delivered. It was handed directly to a resident.



Detoxify Mega Clean Herbal Cleanse – Tropical Flavor – 32 oz – Detox Drink – Enhanced with Milk Thistle , Ginseng Root & Guarana Seed Extract   · Plus Sticker
Sold by: InStock Goodies
Return window closed on Feb 24, 2023
$37.40
Condition: New



[Leave seller feedback]
[Write a product review]
[Archive order]

# EXHIBIT G

**amazon**.com

### Details for Order #112-1834780-5371457
[Print this page for your records.](#)

**Order Placed:** February 27, 2023
**Amazon.com order number:** 112-1834780-5371457
**Order Total:** $27.91

## Not Yet Shipped

| Items Ordered | Price |
|---|---|
| 1 of: *Detoxify Mega Clean Herbal Cleanse – Tropical Flavor – 32 oz – Detox Drink – Enhanced with Milk Thistle Extract, Ginseng Root & Guarana Seed Extract - Plus Sticker* <br> Sold by: InStock Goodies (seller profile) <br><br> Condition: New | $25.90 |

**Shipping Address:**
Luis I
2326 N BATAVIA ST STE 120
ORANGE, CA 92865-2020
United States

**Shipping Speed:**
FREE Prime Delivery

## Payment information

**Payment Method:**
Visa | Last digits: 1946

**Billing address**
Luis I
2326 N BATAVIA ST STE 120
ORANGE, CA 92865-2020
United States

| | |
|---|---|
| Item(s) Subtotal: | $25.90 |
| Shipping & Handling: | $0.00 |
| | ----- |
| Total before tax: | $25.90 |
| Estimated tax to be collected: | $2.01 |
| | ----- |
| **Grand Total:** | **$27.91** |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2023, Amazon.com, Inc. or its affiliates

EXHIBIT H

Your Account › Your Orders › Order Details

# Order Details

Ordered on February 27, 2023   Order# 112-1834780-5371457

[ View or Print invoice ]

| Shipping Address | Payment Method | Order Summary | |
|---|---|---|---|
| Luis I | VISA **** 1946 | Item(s) Subtotal: | $25.90 |
| 2326 N BATAVIA ST STE 120 | | Shipping & Handling: | $0.00 |
| ORANGE, CA 92865-2020 | | Total before tax: | $25.90 |
| United States | | Estimated tax to be collected: | $2.01 |
| | | **Grand Total:** | **$27.91** |

⌄ Transactions

---

**Delivered Feb 28, 2023**
Your package was delivered. It was handed directly to a resident.



Detoxify Mega Clean Herbal Cleanse – Tropical Flavor – 32 oz – Detox Drink – Enhanced with Milk Thistle Extract, Ginseng Root & Guarana Seed Extract - Plus Sticker
Sold by: InStock Goodies
Return window closed on Mar 30, 2023
$25.90
Condition: New

 Buy it again

[ Track package ]

[ Leave seller feedback ]

[ Write a product review ]

[ Archive order ]

# EXHIBIT I

Welcome to our store



In Stock Goodies

# Privacy policy

This Privacy Policy describes how instockgoodies.com (the "Site" or "we") collects, uses, and discloses your Personal Information when you visit or make a purchase from the Site.

## Contact

After reviewing this policy, if you have additional questions, want more information about our privacy practices, or would like to make a complaint, please contact us by e-mail at greaterhousewares@gmail.com or by mail using the details provided below:

1808 55st, brooklyn NY 11204, United States

## Collecting Personal Information

When you visit the Site, we collect certain information about your device, your interaction with the Site, and information necessary to process your purchases. We may also collect additional information if you contact us for customer support. In

this Privacy Policy, we refer to any information about an identifiable individual (including the information below) as "Personal Information". See the list below for more information about what Personal Information we collect and why.

- Order information
  - **Purpose of collection:** to provide products or services to you to fulfill our contract, to process your payment information, arrange for shipping, and provide you with invoices and/or order confirmations, communicate with you, screen our orders for potential risk or fraud, and when in line with the preferences you have shared with us, provide you with information or advertising relating to our products or services.
  - **Source of collection:** collected from you.
  - **Purpose of collection:** to provide customer support.
  - **Source of collection:** collected from you

## Minors

The Site is not intended for individuals under the age of *18 Years*. We do not intentionally collect Personal Information from children. If you are the parent or guardian and believe your child has provided us with Personal Information, please contact us at the address above to request deletion.

# Sharing Personal Information

We share your Personal Information with service providers to help us provide our services and fulfill our contracts with you, as described above. For example:

- We use Shopify to power our online store. You can read more about how Shopify uses your Personal Information here: https://www.shopify.com/legal/privacy.
- We may share your Personal Information to comply with applicable laws and regulations, to respond to a subpoena, search warrant or other lawful request for information we receive, or to otherwise protect our rights.

## Behavioural Advertising

As described above, we use your Personal Information to provide you with targeted advertisements or marketing communications we believe may be of interest to you. For example:

- We use Google Analytics to help us understand how our customers use the Site. You can read more about how Google uses your Personal Information here: https://www.google.com/intl/en/policies/privacy/. You can also opt-out of Google Analytics here: https://tools.google.com/dlpage/gaoptout.
- We share information about your use of the Site, your purchases, and your interaction with our ads on other websites with our advertising partners. We collect and share some of this information directly with our advertising partners, and in some cases through the use of cookies or other similar technologies (which you may consent to, depending on your location).
- We use Shopify Audiences to help us show ads on other websites with our advertising partners to buyers who made purchases with other Shopify merchants and who may also be

interested in what we have to offer. We also share information about your use of the Site, your purchases, and the email address associated with your purchases with Shopify Audiences, through which other Shopify merchants may make offers you may be interested in.

- For more information about how targeted advertising works, you can visit the Network Advertising Initiative's ("NAI") educational page at [https://www.networkadvertising.org/understanding-online-advertising/how-does-it-work](https://www.networkadvertising.org/understanding-online-advertising/how-does-it-work).

# Using Personal Information

We use your personal Information to provide our services to you, which includes: offering products for sale, processing payments, shipping and fulfillment of your order, and keeping you up to date on new products, services, and offers.

## Lawful basis

Pursuant to the General Data Protection Regulation ("GDPR"), if you are a resident of the European Economic Area ("EEA"), we process your personal information under the following lawful bases:

- Your consent;
- The performance of the contract between you and the Site;
- Compliance with our legal obligations;
- To protect your vital interests;

- To perform a task carried out in the public interest;
- For our legitimate interests which do not override your fundamental rights and freedoms.

## Retention

When you place an order through the Site, we will retain your Personal Information for our records unless and until you ask us to erase this information. For more information on your right of erasure, please see the 'Your rights' section below.

## Automatic decision-making

If you are a resident of the EEA, you have the right to object to processing based solely on automated decision-making (which includes profiling), when that decision-making has a legal effect on you or otherwise significantly affects you.

We engage in fully automated decision-making that has a legal or otherwise significant effect using customer data.

Our processor Shopify uses limited automated decision-making to prevent fraud that does not have a legal or otherwise significant effect on you.

Services that include elements of automated decision-making include:

- Temporary blacklist of IP addresses associated with repeated failed transactions. This blacklist persists for a small number of hours.
- Temporary blacklist of credit cards associated with blacklisted IP addresses. This blacklist persists for a small

## GDPR

If you are a resident of the EEA, you have the right to access the Personal Information we hold about you, to port it to a new service, and to ask that your Personal Information be corrected, updated, or erased. If you would like to exercise these rights, please contact us through the contact information above.

Your Personal Information will be initially processed in Ireland and then will be transferred outside of Europe for storage and further processing, including to Canada and the United States. For more information on how data transfers comply with the GDPR, see Shopify's GDPR Whitepaper: https://help.shopify.com/en/manual/your-account/privacy/GDPR.

## CCPA

If you are a resident of California, you have the right to access the Personal Information we hold about you (also known as the 'Right to Know'), to port it to a new service, and to ask that your Personal Information be corrected, updated, or erased. If you would like to exercise these rights, please contact us through the contact information above.

If you would like to designate an authorized agent to submit these requests on your behalf, please contact us at the address above.

# Cookies

A cookie is a small amount of information that's downloaded to your computer or device when you visit our Site. We use a number of different cookies, including functional, performance, advertising, and social media or content cookies. Cookies make your browsing experience better by allowing the website to remember your actions and preferences (such as login and region selection). This means you don't have to re-enter this information each time you return to the site or browse from one page to another. Cookies also provide information on how people use the website, for instance whether it's their first time visiting or if they are a frequent visitor.

We use the following cookies to optimize your experience on our Site and to provide our services.

## Cookies Necessary for the Functioning of the Store

| Name | Function | Duration |
|------|----------|----------|
| _ab | Used in connection with access to admin. | 2y |
| _secure_session_id | Used in connection with navigation | 24h |

| Name | Function | Duration |
|---|---|---|
| | through a storefront. | |
| _shopify_country | Used in connection with checkout. | session |
| _shopify_m | Used for managing customer privacy settings. | 1y |
| _shopify_tm | Used for managing customer privacy settings. | 30min |
| _shopify_tw | Used for managing customer privacy settings. | 2w |
| _storefront_u | Used to facilitate updating | 1min |

| Name | Function | Duration |
|------|----------|----------|
| | customer account information. | |
| _tracking_consent | Tracking preferences. | 1y |
| c | Used in connection with checkout. | 1y |
| cart | Used in connection with shopping cart. | 2w |
| cart_currency | Used in connection with shopping cart. | 2w |
| cart_sig | Used in connection with checkout. | 2w |

| Name | Function | Duration |
|------|----------|----------|
| cart_ts | Used in connection with checkout. | 2w |
| cart_ver | Used in connection with shopping cart. | 2w |
| checkout | Used in connection with checkout. | 4w |
| checkout_token | Used in connection with checkout. | 1y |
| dynamic_checkout_shown_on_cart | Used in connection with checkout. | 30min |
| hide_shopify_pay_for_checkout | Used in connection | session |

| Name | Function | Duration |
|---|---|---|
| | with checkout. | |
| keep_alive | Used in connection with buyer localization. | 2w |
| master_device_id | Used in connection with merchant login. | 2y |
| previous_step | Used in connection with checkout. | 1y |
| remember_me | Used in connection with checkout. | 1y |
| secure_customer_sig | Used in connection with | 20y |

| Name | Function | Duration |
|------|----------|----------|
|  | customer login. |  |
| shopify_pay | Used in connection with checkout. | 1y |
| shopify_pay_redirect | Used in connection with checkout. | 30 minutes, 3w or 1y depending on value |
| storefront_digest | Used in connection with customer login. | 2y |
| tracked_start_checkout | Used in connection with checkout. | 1y |
| checkout_one_experiment | Used in connection | session |

| Name | Function | Duration |
|------|----------|----------|
| | with checkout. | |

## Reporting and Analytics

| Name | Function | Duration |
|------|----------|----------|
| _landing_page | Track landing pages. | 2w |
| _orig_referrer | Track landing pages. | 2w |
| _s | Shopify analytics. | 30min |
| _shopify_d | Shopify analytics. | session |
| _shopify_s | Shopify analytics. | 30min |
| _shopify_sa_p | Shopify analytics relating to marketing & referrals. | 30min |
| _shopify_sa_t | Shopify analytics relating to marketing & referrals. | 30min |
| _shopify_y | Shopify analytics. | 1y |
| _y | Shopify analytics. | 1y |

| Name | Function | Duration |
|------|----------|----------|
| _shopify_evids | Shopify analytics. | session |
| _shopify_ga | Shopify and Google Analytics. | session |

The length of time that a cookie remains on your computer or mobile device depends on whether it is a "persistent" or "session" cookie. Session cookies last until you stop browsing and persistent cookies last until they expire or are deleted. Most of the cookies we use are persistent and will expire between 30 minutes and two years from the date they are downloaded to your device.

You can control and manage cookies in various ways. Please keep in mind that removing or blocking cookies can negatively impact your user experience and parts of our website may no longer be fully accessible.

Most browsers automatically accept cookies, but you can choose whether or not to accept cookies through your browser controls, often found in your browser's "Tools" or "Preferences" menu. For more information on how to modify your browser settings or how to block, manage or filter cookies can be found in your browser's help file or through such sites as: www.allaboutcookies.org.

Additionally, please note that blocking cookies may not completely prevent how we share information with third parties such as our advertising partners. To exercise your rights or opt-out of certain uses of your information by these parties, please

follow the instructions in the "Behavioural Advertising" section above.

## Do Not Track

Please note that because there is no consistent industry understanding of how to respond to "Do Not Track" signals, we do not alter our data collection and usage practices when we detect such a signal from your browser.

# Changes

We may update this Privacy Policy from time to time in order to reflect, for example, changes to our practices or for other operational, legal, or regulatory reasons.

# Complaints

As noted above, if you would like to make a complaint, please contact us by e-mail or by mail using the details provided under "Contact" above.

If you are not satisfied with our response to your complaint, you have the right to lodge your complaint with the relevant data protection authority. You can contact your local data protection authority, or our supervisory authority here:

Last updated: *[Date]*



## Customer Care

About Us

Contact Us

Track Your Order

## Our Policies

Privacy Policy

Refund Policy

Terms of Service

## Subscribe to our emails

Email

   

           

© 2023, InStockGoodies Powered by Shopify

Rewards

<u>CERTIFICATE OF SERVICE</u>

I am employed in the County of Orange; I am over the age of eighteen years and not a party to the within entitled action; my business address is 15615 Alton Parkway, Suite 270, Irvine, California 92618. I am a registered user of the CM/ECF system for the United States District Court for the Central District of California.

On April 17, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. To the best of my knowledge, all counsel to be served in this action are registered CM/ECF users and will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 17, 2023, at Irvine, California.


_____*/s/ T. Kevin Roosevelt*_____
T. Kevin Roosevelt

CERTIFICATE OF SERVICE